No. 88–6449.  BANDA v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 88–6453.  RIVAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 88–6454.  SAHAGIAN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 88–6455.  MALDONADO v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 88–6456.  SAYLES v. CIRCUIT COURT OF BEDFORD COUNTY, VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 88–6460.  MUETZE v. SOLEM, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 88–6461.  LAMPACK v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 88–6463.  JACKSON v. LONG BEACH POLICE DEPARTMENT.  C. A. 9th Cir.  Certiorari denied.

No. 88–6464.  FIXEL v. WHITLEY, WARDEN.  Sup. Ct. Nev.  Certiorari denied.

No. 88–6469.  RODMAN v. MISNER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–6472.  MURPHY v. THEISSEN ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 88–6483.  WILCHES v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 88–6486.  DAHDAH v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 88–6490.  TRAVIS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 88–6502.  VOSS v. UNITED STATES PAROLE COMMISSION ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–6507.  SHEAR v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.